IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PLUMBERS AND PIPEFITTERS NATIONAL )
PENSION FUND; ET AL., ) Civil No. 03-1168-JO
 )
        Plaintiffs, )
 )
   v. ) <u>OPINION AND ORDER</u>
 )
TROUBLE FREE PLUMBING CO., )
 )
        Defendant. )

   Cary R. Cadonau
   Stephen H. Buckley
   BROWNSTEIN RASK SWEENEY KERR GRIM DeSYLVIA & HAY, LLP
   1200 S.W. Main Street
   Portland, OR  97205

    Attorneys for Plaintiffs

   Richard N. Van Cleave
   BARRAN LIEBMAN, LLP
   601 S.W. Second Avenue, Suite 2300
   Portland, OR  97204

    Attorney for Defendant

JONES, Judge:

The case is now before the court on plaintiff's motion for an award of reasonable attorney fees (# 68) and motion to amend judgment (# 66). Specifically, plaintiff seeks an award of $8,041.25 in attorney fees. Defendant has not responded to plaintiff's motions. For the reasons stated, I grant plaintiff's motions.

1.   <u>Motion for Award of Attorney Fees</u>

There is a strong presumption that the "lodestar" - the number of hours reasonably expended multiplied by a reasonable hourly rate - represents a reasonable fee, and the party advocating a departure from that amount bears the burden of establishing that an adjustment is necessary. <u>City of Burlington v. Dague</u>, 505 U.S. 557, 561 (1992). In this case, defendant has not objected to or responded to plaintiff's motion, and my review of plaintiff's submissions confirms that both the time expended and the rates requested are quite reasonable. Accordingly, plaintiff's request for $8,041.25 in attorney fees is granted.

2.   <u>Motion to Amend Judgment</u>

Plaintiff seeks an amended judgment to clarify the exact amounts defendant owes in specified categories. Defendant has not objected to the motion. I therefore grant plaintiff's motion. Plaintiff shall submit a proposed form of amended judgment, to include applicable formulas for calculating interest after January 1, 2006, within 10 days of the date of this order.

CONCLUSION

Plaintiff's motion (# 68) for an award of attorney fees and motion (# 66) to amend judgment are GRANTED. I award plaintiff the sum of $8,041.25 in attorney fees. Plaintiff to submit proposed form of amended judgment within 10 days.

IT IS SO ORDERED.

DATED this 12th day of May, 2006.

                                      /s/ Robert E. Jones
                                      ROBERT E. JONES
                                      U.S. District Judge

3 - OPINION AND ORDER